UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LINDSAY MCLAUGHLIN, an individual, | Case No. 2:19-cv-10271 HON: _____ |
| Plaintiff, | State Court Case No. 2018-170654-CD |
| v. | State Court HON: Cheryl A. Matthews |
| CITY OF AUBURN HILLS, a municipal corporation, | |
| Defendant. | |

| | |
|---|---|
| ERIC I. FRANKIE (P47232) Attorney for Plaintiff LAW OFFICE OF ERIC I. FRANKIE, PLC 535 Griswold, Suite 111-542 Detroit, MI 48226 Phone: (248) 219-9205 Fax: E-mail: ericfrankie26@yahoo.com | DAVID B. LANDRY (P32055) Attorney for Defendant LANDRY, MAZZEO & DEMBINSKI, P.C. 37000 Grand River Avenue, Suite 200 Farmington Hills, MI 48335 Phone: (248) 476-6900 Fax: (248) 476-6564 E-mail: dlandry@lmdlaw.com Assistant: kmalone@lmdlaw.com |

## NOTICE OF REMOVAL

NOW COMES Defendant CITY OF AUBURN HILLS, a Michigan municipal corporation, by and through its undersigned counsel LANDRY, MAZZEO & DEMBINSKI, P.C., pursuant to 28 USC § 1441 files this Notice of Removal of the above-captioned matter to the United States District for the Eastern District of Michigan, Southern Division, and in support of its Notice of Removal states:

LAW OFFICES
LANDRY, MAZZEO &
DEMBINSKI, P.C.

37000 GRAND RIVER AVE.
SUITE 200
FARMINGTON HILLS
MICHIGAN 48335
_____

(248) 476-6900
(248) 476-6564 FAX

1. On or about January 7, 2019 the Plaintiff LINDSAY MCLAUGHLIN filed Civil Action No. 2018-170654-CD in the Circuit Court for the County of Oakland, State of Michigan. (See attached Exhibit A, Summons and Complaint, note that the Complaint erroneously states that it was filed in County of Wayne).

2. The underlying Summons and Complaint alleges causes of action against the Defendant under Title VII of the Civil Rights Act of 1964 as amended, 42 USC 2000e et seq. as well as a cause of action under the Americans with Disability Act of 1990, 42 USC 12101 et seq.

3. This Honorable Court has original jurisdiction over the aforementioned lawsuit and the counts under Title VII of the Civil Rights Act of 1964 and the Americans with Disability Act, pursuant to 28 USC § 1331.

4. This Honorable Court would have supplemental jurisdiction of the causes of action pled under Michigan State law pursuant to 28 USC § 1367 as the cause of actions pled include claims under the Michigan Civil Rights Act and claims under the Michigan Persons with Disability Civil Rights Act.

5. This Notice of Removal has been filed within thirty (30) days of service of the attached Summons and Complaint on the Defendant as is evidenced by the Acknowledgment of Service of Process dated January 7, 2019.

[SIGNATURE ON THE NEXT PAGE]

**LAW OFFICES
LANDRY, MAZZEO &
DEMBINSKI, P.C.**

**37000 GRAND RIVER AVE.
SUITE 200
FARMINGTON HILLS
MICHIGAN 48335**
———
**(248) 476-6900
(248) 476-6564 FAX**

          Respectfully submitted,

          LANDRY, MAZZEO & DEMBINSKI, P.C.

By:  */s/ David B. Landry*
      David B. Landry (P32055)
      Attorney for Defendant
      37000 Grand River Avenue, Suite 200
      Farmington Hills, MI 48335
      (248) 476-6900

DATED: January 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, I electronically filed the NOTICE OF REMOVAL, and this CERTIFICATE OF SERVICE with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

    Eric I. Frankie, Esq.
    ericfrankie26@yahoo.com

      */s/ Kimberly L. Malone*
      LANDRY MAZZEO & DEMBINSKI, P.C.
      37000 Grand River Avenue, Suite 200
      Farmington Hills, MI 48335
      (248) 476-6900
      kmalone@lmdlaw.com

**LAW OFFICES
LANDRY, MAZZEO &
DEMBINSKI, P.C.**

**37000 GRAND RIVER AVE.
SUITE 200
FARMINGTON HILLS
MICHIGAN 48335**

**(248) 476-6900
(248) 476-6564 FAX**

3